# D4, LLC

222 Andrews Street
Rochester, NY 14604

Voice: 585-385-4040



# INVOICE

Invoice Number: 146666
Invoice Date: Sep 30, 2014
Page: 1

**Bill To:**
Advocates for Justice-NYC
225 Broadway, Suite 1902
New York, NY 10007
united states

**Ship to:**
Laura Barbieri
225 Broadway, Suite 1902
New York, NY 10007
united states

| Sales Rep ID | Client Matter | D4 Project Number | Due Date |
|---|---|---|---|
| 600105 | Montesa v Schwartz | 60-0814-607 | 10/30/14 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1.00 | Hosting-Monthly User Access-Relativity | 85.00 | 85.00 |
| 8.29 | Hosting-Monthly Data Storage (Relativity) per GB 0-50GB | 20.00 | 165.80 |

Remit To: D4, LLC
222 Andrews Street
Rochester, New York 14604

Federal ID: 16-1532901

| | |
|---|---|
| Invoice Subtotal | 250.80 |
| Sales Tax | 22.26 |
| Credits Applied | |
| Net Invoice Due | 273.06 |

*Thank you for your business*

# D4, LLC

222 Andrews Street
Rochester, NY 14604

Voice: 585-385-4040





Invoice Number: 147925
Invoice Date: Oct 31, 2014
Page: 1

| Bill To: | Ship to: |
|---|---|
| Advocates for Justice-NYC<br>225 Broadway, Suite 1902<br>New York, NY 10007<br>united states | Laura Barbieri<br>225 Broadway, Suite 1902<br>New York, NY 10007<br>united states |

| Sales Rep ID | Client Matter | D4 Project Number | Due Date |
|---|---|---|---|
| 600105 | Montesa v Schwartz | 60-0814-607 | 11/30/14 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 5.00 | Hosting-Monthly User Access-Relativity | 85.00 | 425.00 |
| 9.87 | Hosting-Monthly Data Storage (Relativity) per GB 0-50GB | 20.00 | 197.40 |
| 8.50 | Litigation Support - Hourly (e.g.; workspace administration, searching, batching, field/layouts, advanced assistance, etc.) | 125.00 | 1,062.50 |
| 1.00 | Production - Minimum Fee ($250/production run) | 250.00 | 250.00 |

**Remit To:** D4, LLC
222 Andrews Street
Rochester, New York 14604

**Federal ID:** 16-1532901

| | |
|---|---|
| Invoice Subtotal | 1,934.90 |
| Sales Tax | |
| Credits Applied | |
| Net Invoice Due | 1,934.90 |

*Thank you for your business*

# D4, LLC

222 Andrews Street
Rochester, NY 14604

Voice: 585-385-4040





Invoice Number: 149092
Invoice Date: Nov 30, 2014
Page: 1

| Bill To: | Ship to: |
|---|---|
| Advocates for Justice-NYC<br>225 Broadway, Suite 1902<br>New York, NY 10007<br>united states | Laura Barbieri<br>225 Broadway, Suite 1902<br>New York, NY 10007<br>united states |

| Sales Rep ID | Client Matter | D4 Project Number | Due Date |
|---|---|---|---|
| 600105 | Montesa v Schwartz | 60-0814-607 | 12/30/14 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 5.00 | Hosting-Monthly User Access-Relativity | 85.00 | 425.00 |
| 10.74 | Hosting-Monthly Data Storage (Relativity) per GB 0-50GB | 20.00 | 214.80 |
| 1.50 | Litigation Support - Hourly (e.g.; workspace administration, searching, batching, field/layouts, advanced assistance, etc.) | 125.00 | 187.50 |

**Remit To:** D4, LLC
222 Andrews Street
Rochester, New York 14604

**Federal ID:** 16-1532901

| | |
|---|---:|
| Invoice Subtotal | 827.30 |
| Sales Tax | |
| Credits Applied | |
| Net Invoice Due | 827.30 |

*Thank you for your business*

**D4, LLC**
222 Andrews Street
Rochester, NY 14604

Voice: 585-385-4040



# INVOICE

Invoice Number: 150194
Invoice Date: Dec 31, 2014
Page: 1

| Bill To: | Ship to: |
|---|---|
| Advocates for Justice-NYC<br>225 Broadway, Suite 1902<br>New York, NY 10007<br>united states | Laura Barbieri<br>225 Broadway, Suite 1902<br>New York, NY 10007<br>united states |

| Sales Rep ID | Client Matter | D4 Project Number | Due Date |
|---|---|---|---|
| 600105 | Montesa v Schwartz | 60-0814-607 | 1/30/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1.00 | Hosting-Monthly User Access-Relativity | 85.00 | 85.00 |
| 10.74 | Hosting-Monthly Data Storage (Relativity) per GB 0-50GB | 20.00 | 214.80 |
| 0.25 | Litigation Support - Hourly (e.g.; workspace administration, searching, batching, field/layouts, advanced assistance, etc.) | 125.00 | 31.25 |

Remit To: D4, LLC
222 Andrews Street
Rochester, New York 14604

Federal ID: 16-1532901

| | |
|---|---|
| Invoice Subtotal | 331.05 |
| Sales Tax | |
| Credits Applied | |
| Net Invoice Due | 331.05 |

**Thank you for your business**

# D4, LLC

222 Andrews Street
Rochester, NY 14604

Voice: 585-385-4040





| | |
|---|---|
| Invoice Number: | 151316 |
| Invoice Date: | Jan 31, 2015 |
| Page: | 1 |

**Bill To:**
Advocates for Justice-NYC
225 Broadway, Suite 1902
New York, NY 10007
united states

**Ship to:**
Laura Barbieri
225 Broadway, Suite 1902
New York, NY 10007
united states

| Sales Rep ID | Client Matter | D4 Project Number | Due Date |
|---|---|---|---|
| 600105 | Montesa v Schwartz | 60-0814-607 | 3/2/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1.00 | Hosting-Monthly User Access-Relativity | 85.00 | 85.00 |
| 10.74 | Hosting-Monthly Data Storage (Relativity) per GB 0-50GB | 20.00 | 214.80 |

**Remit To:** D4, LLC
222 Andrews Street
Rochester, New York 14604

**Federal ID:** 16-1532901

| | |
|---|---|
| Invoice Subtotal | 299.80 |
| Sales Tax | |
| Credits Applied | |
| Net Invoice Due | 299.80 |

*Thank you for your business*

# D4, LLC

222 Andrews Street
Rochester, NY 14604

Voice: 585-385-4040





Invoice Number: 152518
Invoice Date: Feb 28, 2015
Page: 1

| Bill To: | Ship to: |
|---|---|
| Advocates for Justice-NYC<br>225 Broadway, Suite 1902<br>New York, NY 10007<br>united states | Laura Barbieri<br>225 Broadway, Suite 1902<br>New York, NY 10007<br>united states |

| Sales Rep ID | Client Matter | D4 Project Number | Due Date |
|---|---|---|---|
| 600105 | Montesa v Schwartz | 60-0814-607 | 3/30/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1.00 | Hosting-Monthly User Access-Relativity | 85.00 | 85.00 |
| 10.74 | Hosting-Monthly Data Storage (Relativity) per GB 0-50GB | 20.00 | 214.80 |
| 1.50 | Litigation Support - Hourly (e.g.; workspace administration, searching, batching, field/layouts, advanced assistance, etc.) | 125.00 | 187.50 |

Remit To: D4, LLC
222 Andrews Street
Rochester, New York 14604

Federal ID: 16-1532901

| | |
|---|---|
| Invoice Subtotal | 487.30 |
| Sales Tax | |
| Credits Applied | |
| Net Invoice Due | 487.30 |

**Thank you for your business**

# D4, LLC

222 Andrews Street
Rochester, NY 14604

Voice: 585-385-4040





Invoice Number: 153863
Invoice Date: Mar 31, 2015
Page: 1

| Bill To: | Ship to: |
|---|---|
| Advocates for Justice-NYC<br>225 Broadway, Suite 1902<br>New York, NY 10007<br>united states | Laura Barbieri<br>225 Broadway, Suite 1902<br>New York, NY 10007<br>united states |

| Sales Rep ID | Client Matter | D4 Project Number | Due Date |
|---|---|---|---|
| 600105 | Montesa v Schwartz | 60-0814-607 | 4/30/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1.00 | Hosting-Monthly User Access-Relativity | 85.00 | 85.00 |
| 13.03 | Hosting-Monthly Data Storage (Relativity) per GB 0-50GB | 20.00 | 260.60 |
| 1.25 | Litigation Support - Hourly (e.g.; workspace administration, searching, batching, field/layouts, advanced assistance, etc.) | 125.00 | 156.25 |

Remit To: D4, LLC
222 Andrews Street
Rochester, New York 14604

Federal ID: 16-1532901

| | |
|---|---|
| Invoice Subtotal | 501.85 |
| Sales Tax | |
| Credits Applied | |
| Net Invoice Due | 501.85 |

**Thank you for your business**

**D4, LLC**
222 Andrews Street
Rochester, NY 14604

Voice: 585-385-4040





Invoice Number: 153910
Invoice Date: Mar 31, 2015
Page: 1

| Bill To: | Ship to: |
|---|---|
| Advocates for Justice-NYC<br>225 Broadway, Suite 1902<br>New York, NY 10007<br>united states | Laura Barbieri<br>225 Broadway, Suite 1902<br>New York, NY 10007<br>united states |

| Sales Rep ID | Client Matter | D4 Project Number | Due Date |
|---|---|---|---|
| 600105 | Montesa v Schwartz | 60-0814-607 | 4/30/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1.00 | Hosting- 3rd Party Processed Data Loading (per hour) | 125.00 | 125.00 |

Remit To: D4, LLC
222 Andrews Street
Rochester, New York 14604

Federal ID: 16-1532901

| | |
|---|---:|
| Invoice Subtotal | 125.00 |
| Sales Tax | |
| Credits Applied | |
| Net Invoice Due | 125.00 |

*Thank you for your business*

# D4, LLC

222 Andrews Street
ochester, NY 14604

Voice: 585-385-4040

# INVOICE

Invoice Number: 155277
Invoice Date: Apr 30, 2015
Page: 1

| Bill To: | Ship to: |
|---|---|
| Advocates for Justice-NYC<br>225 Broadway, Suite 1902<br>New York, NY 10007<br>united states | Laura Barbieri<br>225 Broadway, Suite 1902<br>New York, NY 10007<br>united states |

| Sales Rep ID | Client Matter | D4 Project Number | Due Date |
|---|---|---|---|
| 600105 | Montesa v Schwartz | 60-0814-607 | 5/30/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | April 2015 Billing Period | | |
| 1.00 | Hosting-Monthly User Access-Relativity | 85.00 | 85.00 |
| 24.17 | Hosting-Monthly Data Storage (Relativity) per GB 0-50GB | 20.00 | 483.40 |

| Remit To: | D4, LLC<br>222 Andrews Street<br>Rochester, New York 14604 | Invoice Subtotal | 568.40 |
|---|---|---|---|
| | | Sales Tax | |
| | | Credits Applied | |
| Federal ID: 16-1532901 | | Net Invoice Due | 568.40 |

*powered by people* 

# D4, LLC
222 Andrews Street
Rochester, NY 14604

# INVOICE

Invoice Number: 155637
Invoice Date: Apr 30, 2015
Page: 1

Voice: 585-385-4040

**Bill To:**
Advocates for Justice-NYC
225 Broadway, Suite 1902
New York, NY 10007
united states

**Ship to:**
Laura Barbieri
225 Broadway, Suite 1902
New York, NY 10007
united states

| Sales Rep ID | Client Matter | D4 Project Number | Due Date |
|---|---|---|---|
| 600105 | Montesa v Schwartz | 60-0814-607 | 5/30/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 4.00 | Hosting- 3rd Party Processed Data Loading (per hour) | 125.00 | 500.00 |
| 3.75 | Litigation Support - Hourly (e.g.; workspace administration, searching, batching, field/layouts, advanced assistance, etc.) | 125.00 | 468.75 |
|  | Forensic Services |  |  |
| 2.50 | Data Collection per hour (Kiefer) | 275.00 | 687.50 |
| 1.00 | Supplies - Hard Drive (500-640GB) | 125.00 | 125.00 |
| 1.00 | Pass-thru billable shipping | 41.36 | 41.36 |
|  | Please see attached service detail for specific services rendered |  |  |

**Remit To:** D4, LLC
222 Andrews Street
Rochester, New York 14604

**Federal ID:** 16-1532901

| | |
|---|---|
| Invoice Subtotal | 1,822.61 |
| Sales Tax | |
| Credits Applied | |
| Net Invoice Due | 1,822.61 |

*powered by people* 



# D4, LLC
222 Andrews Street
Rochester, NY 14604

Voice: 585-385-4040

**INVOICE**

Invoice Number: 156907
Invoice Date: May 31, 2015
Page: 1

**Bill To:**
Advocates for Justice-NYC
225 Broadway, Suite 1902
New York, NY 10007
united states

**Ship to:**
Laura Barbieri
225 Broadway, Suite 1902
New York, NY 10007
united states

| Sales Rep ID | Client Matter | D4 Project Number | Due Date |
|---|---|---|---|
| 600105 | Montesa v Schwartz | 60-0814-607 | 6/30/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | May 2015 Billing Period | | |
| 6.00 | Hosting-Monthly User Access-Relativity | 85.00 | 510.00 |
| 50.26 | Hosting-Monthly Data Storage (Relativity) per GB 0-50GB | 20.00 | 1,005.20 |
| 18.60 | Hosting - Relativity Analytics Per GB | 95.00 | 1,767.00 |
| 1.00 | Hosting- 15% Customer Satisfaction Discount | 492.33 | -492.33 |
| 34.75 | Litigation Support Hourly | 125.00 | 4,343.75 |
| 5.50 | Consulting Services - Per Hour | 225.00 | 1,237.50 |
| 22.73 | Data Reduction Per GB (0-100GB) | 30.00 | 681.90 |
| 11.50 | ESI Processing for Native Review Per GB | 225.00 | 2,587.50 |
| 18,973.00 | ESI Imaging - Processing for TIFF Per Page | 0.02 | 379.46 |
| 6.75 | ESI Technical Analysis or Custom Processing Per Hour | 175.00 | 1,181.25 |
| 1.00 | ESI Processing-15% Customer Satisfaction Discount | 1,561.70 | -1,561.70 |

Remit To: D4, LLC
222 Andrews Street
Rochester, New York 14604

Federal ID: 16-1532901

| | |
|---|---|
| Invoice Subtotal | 11,639.53 |
| Sales Tax | |
| Credits Applied | |
| Net Invoice Due | 11,639.53 |

*powered by people* 

# D4, LLC
222 Andrews Street
Rochester, NY 14604

Voice: 585-385-4040

# INVOICE

Invoice Number: 157733
Invoice Date: Jun 30, 2015
Page: 1

**Bill To:**
Advocates for Justice-NYC
225 Broadway, Suite 1902
New York, NY 10007
united states

**Ship to:**
Laura Barbieri
225 Broadway, Suite 1902
New York, NY 10007
united states

| Sales Rep ID | Client Matter | D4 Project Number | Due Date |
|---|---|---|---|
| 600105 | Montesa v Schwartz | 60-0814-607 | 7/30/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | June 2015 Billing Period | | |
| 6.00 | Hosting-Monthly User Access-Relativity | 85.00 | 510.00 |
| 52.17 | Hosting-Monthly Data Storage (Relativity) per GB 0-50GB | 20.00 | 1,043.40 |
| 0.76 | ESI Processing for Native Review Per GB | 225.00 | 171.00 |
| 17,705.00 | ESI Imaging - Processing for TIFF Per Page | 0.02 | 354.10 |
| 0.75 | ESI Technical Analysis or Custom Processing Per Hour | 175.00 | 131.25 |
| 1.20 | Production - Processing for Image and/or Native Productions Per GB | 300.00 | 360.00 |
| 4.75 | Production - Database Administration and Production Export Per Hour | 150.00 | 712.50 |
| 1.00 | 15% Customer Discount off Services | 574.23 | -574.23 |
| 1.00 | Pass-thru billable shipping | 45.30 | 45.30 |
| 4.00 | Supplies- CD/DVD | 30.00 | 120.00 |

**Remit To:** D4, LLC
222 Andrews Street
Rochester, New York 14604

**Federal ID:** 16-1532901

| | |
|---|---|
| Invoice Subtotal | 2,873.32 |
| Sales Tax | |
| Credits Applied | |
| Net Invoice Due | 2,873.32 |

*powered by people* 

# D4, LLC

222 Andrews Street
Rochester, NY 14604

Voice:   585-385-4040

# INVOICE

Invoice Number:   159327
Invoice Date:     Jul 31, 2015
Page:             1

| Bill To: | Ship to: |
|---|---|
| Advocates for Justice-NYC<br>225 Broadway, Suite 1902<br>New York, NY 10007<br>united states | Laura Barbieri<br>225 Broadway, Suite 1902<br>New York, NY 10007<br>united states |

| Sales Rep ID | Client Matter | D4 Project Number | Due Date |
|---|---|---|---|
| 600105 | Montesa v Schwartz | 60-0814-607 | 8/30/15 |

| Quantity | Description | Unit Price | Amount |
|---:|---|---:|---:|
|  | July 2015 Billing Period | | |
| 6.00 | Hosting-Monthly User Access-Relativity | 85.00 | 510.00 |
| 55.45 | Hosting-Monthly Data Storage (Relativity) per GB 0-50GB | 20.00 | 1,109.00 |
| 517.00 | ESI Imaging - Processing for TIFF Per Page | 0.02 | 10.34 |
| 1.20 | Production - Processing for Image and/or Native Productions Per GB | 300.00 | 360.00 |
| 3.10 | Production - Database Administration and Production Export Per Hour | 150.00 | 465.00 |
| 1.00 | 15% Customer Discount off Services | 751.59 | -751.59 |
| 20.45 | Litigation Support Hourly | 125.00 | 2,556.25 |

| Remit To: | D4, LLC<br>222 Andrews Street<br>Rochester, New York 14604 | | |
|---|---|---|---:|
| | | Invoice Subtotal | 4,259.00 |
| | | Sales Tax | |
| | | Credits Applied | |
| **Federal ID:** | 16-1532901 | Net Invoice Due | 4,259.00 |

*powered by people*